Reed *v.* Tay.

The contract declared on, is then a valid contract, at common law, and it is not embraced within the letter or spirit of the 19th section of chapter 146, and consequently is not affected by it.

*Knowles,* for defendant.

━━━━━━

REED, *in error, versus* TAY.

In a justice's court, a denial to allow costs to the exact amount claimed, when a smaller amount is allowed, is not error.

TAY brought an action against Reed in a justice's court. Judgment was rendered on nonsuit for the defendant, Reed, who taxed his costs at $14,11. The justice rendered judgment for costs, $4,87. To correct that judgment, and to recover his whole bill of costs, Reed brings this writ of error.

*J. Hodsdon,* for plaintiff in error, cites 5 Mass. 389; 7 Mass. 453; 12 Mass. 379.

*Peters,* for defendant.

WELLS, J., orally, — No error *of fact* has been assigned. No fact, extra the record, has been proved. We must therefore regard the charge as an error *of law.* A denial to allow costs to the exact amount claimed, when some amount is allowed, is not error in law.

*Judgment of the justice affirmed.*